# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 27, 2024

## NO. 03-24-00397-CV

**Robert Wright, Appellant**

**v.**

**Housing Authority of The City of Austin and Pathways at Bouldin Oaks, LLC, Appellees**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH, AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on June 5, 2024. Having reviewed the record, the Court holds that Robert Wright has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.